**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re: M&T HOME BUILDERS, LLC          §    Case No. 19-13713-BFK
                                        §
                                        §
                                        §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Janet M. Meiburger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,945.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,303.13 | Claims Discharged Without Payment: | $964,014.23 |
| Total Expenses of Administration: | $4,711.43 | | |

3) Total gross receipts of $12,014.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,014.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,711.43 | $4,711.43 | $4,711.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $788,299.62 | $626,407.00 | $183,017.74 | $7,303.13 |
| **TOTAL DISBURSEMENTS** | $788,299.62 | $631,118.43 | $187,729.17 | $12,014.56 |

4) This case was originally filed under chapter 7 on 11/11/2019.  The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2021                           By: /s/ Janet M. Meiburger
                                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R Over 90 days old. Face amount = $140,063.91. | 1129-000 | $1,000.00 |
| M&T Preference Claim against Eric Heyer and Rosa Galvez | 1241-000 | $11,014.56 |
| **TOTAL GROSS RECEIPTS** | | **$12,014.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 2100-000 | NA | $1,951.46 | $1,951.46 | $1,951.46 |
| Trustee, Expenses - Janet M. Meiburger | 2200-000 | NA | $82.12 | $82.12 | $82.12 |
| Attorney for Trustee Fees - The Meiburger Law Firm, P.C. | 3110-000 | NA | $2,612.50 | $2,612.50 | $2,612.50 |
| Bond Payments - BOND | 2300-000 | NA | $1.02 | $1.02 | $1.02 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $24.33 | $24.33 | $24.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,711.43** | **$4,711.43** | **$4,711.43** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FC Marketplace, LLC | 7100-000 | $0.00 | $31,872.15 | $31,872.15 | $0.00 |
| 2 | Erik Bates | 7100-000 | $0.00 | $100,000.00 | $47,514.28 | $3,589.04 |
| 3 | Eric N. Heyer | 7100-000 | $0.00 | $390,903.54 | $0.00 | $0.00 |
| 4 | William B. Morrison, III | 7100-000 | $0.00 | $49,169.79 | $49,169.79 | $3,714.09 |
| 5 | On Deck Capital, Inc. | 7200-000 | $0.00 | $54,461.52 | $54,461.52 | $0.00 |
| N/F | Bank of America | 7100-000 | $78,903.51 | NA | NA | NA |
| N/F | Bank of Hawaii | 7100-000 | $38,617.33 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | $38,978.45 | NA | NA | NA |
| N/F | Citi Bank | 7100-000 | $5,789.74 | NA | NA | NA |
| N/F | Citi Bank | 7100-000 | $9,156.34 | NA | NA | NA |
| N/F | Citi Bank | 7100-000 | $29,207.36 | NA | NA | NA |
| N/F | Citi Bank | 7100-000 | $33,300.19 | NA | NA | NA |
| N/F | Discover | 7100-000 | $8,951.56 | NA | NA | NA |
| N/F | Eric N. Heyer | 7100-000 | $376,399.19 | NA | NA | NA |
| N/F | Erie Insurance Exchange | 7100-000 | $16,994.00 | NA | NA | NA |
| N/F | Funding Circle USA, Inc. | 7100-000 | $31,428.42 | NA | NA | NA |
| N/F | On Deck Capital, Inc. | 7100-000 | $54,461.52 | NA | NA | NA |
| N/F | TW Perry | 7100-000 | $50,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | USAA Savings Bank | 7100-000 | $8,277.01 | NA | NA | NA |
| N/F | William Brem Morrison, III | 7100-000 | $7,835.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$788,299.62** | **$626,407.00** | **$183,017.74** | **$7,303.13** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 19-13713-BFK  
**Case Name:** M&T HOME BUILDERS, LLC  
**For Period Ending:** 09/10/2021

**Trustee Name:** (660410) Janet M. Meiburger  
**Date Filed (f) or Converted (c):** 11/11/2019 (f)  
**§ 341(a) Meeting Date:** 12/19/2019  
**Claims Bar Date:** 03/23/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America (overdrawn d<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Derivative action against William Brem Morrison,<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $4,000.00<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | A/R Over 90 days old. Face amount = $140,063.91.<br>Imported from original petition Doc# 1 | 140,063.91 | 1,000.00 | | 1,000.00 | FA |
| 5 | Table & six chairs ($100), and desk ($40).<br>Imported from original petition Doc# 1 | 140.00 | 0.00 | | 0.00 | FA |
| 6 | Laptop computer ($300), desktop printer ($50), e<br>Imported from original petition Doc# 1 | 570.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous hand tools ($200), 35' extension l<br>Imported from original petition Doc# 1 | 1,235.00 | 0.00 | | 0.00 | FA |
| 8 | M&T Preference Claim against Eric Heyer and Rosa Galvez (u) | 11,014.56 | 11,014.56 | | 11,014.56 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$157,023.47** | **$12,014.56** | | **$12,014.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/19/21 – The TFR was approved by the Court on May 26, 2021. This case is ready for a TDR.  
07/28/2020 - The Trustee is resolving a claim issue and negotiating a resolution of a preference claim.

**Initial Projected Date Of Final Report (TFR):** 01/31/2022  **Current Projected Date Of Final Report (TFR):** 04/09/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Case 19-13713-BFK   Doc 45   Filed 09/21/21   Entered 09/21/21 09:20:46   Desc Main
Document      Page 8 of 10

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-13713-BFK | Trustee Name: | Janet M. Meiburger (660410) |
|---|---|---|---|
| Case Name: | M&T HOME BUILDERS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0215 | Account #: | ******2266 Checking Account |
| For Period Ending: | 09/10/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/26/20 | {4} | Commonwealth of Virginia | Refund of bond posted by Debtor for the property located at 6413 7th Street | 1129-000 | 1,000.00 |  | 1,000.00 |
| 06/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 995.00 |
| 07/31/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 990.00 |
| 08/31/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 985.00 |
| 09/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 980.00 |
| 10/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 975.00 |
| 11/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 970.00 |
| 12/31/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 965.00 |
| 01/29/21 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 960.00 |
| 02/23/21 |  | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX7950 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX7950 | 9999-000 |  | 960.00 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 1,000.00 | 1,000.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 960.00 |  |
|  |  | **Subtotal** |  |  | 1,000.00 | 40.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $1,000.00 | $40.00 |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 19-13713-BFK | Trustee Name: | Janet M. Meiburger (660410) |
|---|---|---|---|
| Case Name: | M&T HOME BUILDERS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0215 | Account #: | ******7950 Checking Account |
| For Period Ending: | 09/10/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/23/21 | | Transfer Credit from Mechanics Bank acct XXXXXX2266 | Transition Credit from Mechanics Bank acct XXXXXX2266 | 9999-000 | 960.00 | | 960.00 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 955.00 |
| 03/01/21 | {8} | Rosa Isela Pozos Galves | Settlement of Preference Claim Against Eric Heyer and Rosa Galvez Per Court Order (Docket No. 32) | 1241-000 | 11,014.56 | | 11,969.56 |
| 03/02/21 | 1000 | INSURANCE PARTNERS | Bond Premium Payment on Ledger Balance as of 2/24/2021 | 2300-000 | | 1.02 | 11,968.54 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 19.33 | 11,949.21 |
| 05/26/21 | 1001 | Janet M. Meiburger | Dividend paid at 100.00% of $1,951.46; Claim # FEE; Filed: $1,951.46 | 2100-000 | | 1,951.46 | 9,997.75 |
| 05/26/21 | 1002 | Janet M. Meiburger | Dividend paid at 100.00% of $82.12; Claim # TE; Filed: $82.12 | 2200-000 | | 82.12 | 9,915.63 |
| 05/26/21 | 1003 | The Meiburger Law Firm, P.C. | Dividend paid at 100.00% of $2,612.50; Claim # ; Filed: $2,612.50 | 3110-000 | | 2,612.50 | 7,303.13 |
| 05/26/21 | 1004 | Erik Bates | Dividend paid at 7.55% of $47,514.28; Claim # 2; Filed: $100,000.00 | 7100-000 | | 3,589.04 | 3,714.09 |
| 05/26/21 | 1005 | William B. Morrison, III | Dividend paid at 7.55% of $49,169.79; Claim # 4; Filed: $49,169.79 | 7100-000 | | 3,714.09 | 0.00 |
| | | COLUMN TOTALS | | | 11,974.56 | 11,974.56 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 960.00 | 0.00 | |
| | | Subtotal | | | 11,014.56 | 11,974.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $11,014.56 | $11,974.56 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-13713-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | M&T HOME BUILDERS, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0215 | **Account #:** | ******7950 Checking Account |
| **For Period Ending:** | 09/10/2021 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $12,014.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $12,014.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2266 Checking Account | $1,000.00 | $40.00 | $0.00 |
| ******7950 Checking Account | $11,014.56 | $11,974.56 | $0.00 |
| | **$12,014.56** | **$12,014.56** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)